UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>AURELIO PROTHOS RAMIREZ<br><br>    Defendants. | 2:13-mj-0993 CWH<br><br>MINUTES OF THE COURT<br><br>DATED April 11, 2016 |

PRESENT
THE HONORABLE CARL W. HOFFMAN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>     RECORDER:     NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :            NONE APPEARING

COUNSEL FOR DEFENDANT (S) :            NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Minutes (#9) were entered in this case on September 23, 2014. Good cause appearing,

IT IS ORDERED that the Cash Bond, legal owner Nicholas Niel, (#4), posted in the amount of $300.00, receipt #NVLAS21130 filed January 7, 2014 on behalf of Defendant Aurelio Porthos Ramierez, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
U.S. MAGISTRATE JUDGE

DATED:     April 12, 2016